**Opinion issued December 2, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00578-CR

———————————

### IN RE CHASE CASSIAN GREEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Chase Cassian Green, acting pro se, has filed a petition for writ of mandamus asserting that he is entitled to an examining trial and complaining of his pre-trial detention.[1] Among other things, the petition does not comply with the requirements

---

[1] The underlying case is *State of Texas v. Chase Cassian Green*, cause number 20-CR-3220, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.

enumerated in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a)–

(h), (j)–(k); TEX. R. APP. P. 52.7. Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).